IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,                    No. CIV S-10-0995 MCE EFB P

    vs.

STATE OF CALIFORNIA,

    Respondent.                  ORDER

                        /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       Respondent has requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b). Good cause appearing, respondent's September 13, 2010 request is granted and respondent has 30 days from the date this order is served to file and serve a response to the petition.

       Petitioner requests leave to file an amended petition. Petitioner is free to amend his petition once as a matter of course, within 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B); Rule 12, Rules Governing § 2254 Proceedings. As respondent has not yet filed a responsive pleading, petitioner does not leave of court to amend. Petitioner's motion to amend is therefore denied as unnecessary.

1  The court also notes that petitioner has requested that this action be stayed. The court
2  defers ruling on this motion pending a response from respondent.
3  So ordered.
4  Dated: September 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2